| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BOWEN, DUDLEY H. | 2. Court or Organization SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report 11/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address UNITED STATES COURTHOUSE P.O. BOX 2106 AUGUSTA, GEORGIA 30903 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2.   General Maritime New F | A | Dividend | J | T | | | | | |
| 3.   Dynegy Inc | A | Dividend | J | T | | | | | |
| 4.   Credit Suisse AG | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 5.   Sch Adv Cash Pesrv Prem | A | Dividend | | | Buy | 04/08/15 | J | | |
| 6.   Sch Adv Cash Pesrv Prem | A | Dividend | | | Sold | 10/15/15 | J | A | |
| 7.   Sch Adv Cash Resrv Prem | D | Dividend | | | Buy | 01/01/15 | J | | |
| 8.   Sch Adv Cash Resv Prem | D | Dividend | | | Sold | 02/07/15 | J | A | |
| 9.   Sch Adv Cash Resrv Prem | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 10. | | | | | | | | | |
| 11.  CHARLES SCHWAB (FORMLY BROWNE CO) | | | | | | | | | |
| 12.  Morgan Stanley Var 35 DU▓ | B | Dividend | J | T | Buy | 09/23/15 | J | | |
| 13.  Sch Adv Cash Resrv Prem▓ | C | Dividend | | | Buy | 06/09/15 | J | | |
| 14.  Sch Adv Cash Resrv Prem▓ | C | Dividend | | | Sold | 12/08/15 | J | A | |
| 15.  Sch Adv Cash Resrv Prem▓ | B | Dividend | J | T | Buy | 01/02/15 | J | | |
| 16.  ABN AMRO/VERDUS Gwth Fd | A | Dividend | L | T | | | | | |
| 17.  Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DuPont EI De Nemour and Co Com | A | Dividend | J | T | | | | | |
| 19. Washovia Corp New | A | Dividend | J | T | | | | | |
| 20. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 21. Pimco Total Return Fund | B | Dividend | | | Sold | 11/30/15 | J | A | |
| 22. ABN AMRO VERDX MCGFX Funds (Alleghany) | D | Dividend | M | T | | | | | |
| 23. E I Deupont Drip | A | Dividend | J | T | | | | | |
| 24. Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |
| 25. Ga Bk & Tr Savings | A | Interest | J | T | | | | | |
| 26. TIAA CREF Mutual Fund | A | Dividend | L | T | | | | | |
| 27. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 28. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 29. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 30. Atlantic Amer Com | | None | J | T | | | | | |
| 31. Regions Bank Savings | A | Interest | J | T | | | | | |
| 32. CHARLES SCHWAB IRA#2 | | | | | | | | | |
| 33. IDII Stock | A | Dividend | J | T | | | | | |
| 34. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Invest Grade Corp | D | Dividend | | | Buy | 01/01/15 | J | | |
| 36. Pimco Invest Grade Corp | D | Dividend | | | Sold | 09/23/15 | J | A | |
| 37. Pimco Commoditiesplus ST | C | Dividend | | | Buy | 01/01/15 | J | | |
| 38. Pimco Commoditiesplus ST | C | Dividend | | | Sold | 07/20/15 | J | A | |
| 39. Pimco Real Return Fund C | D | Dividend | | | Buy | 01/01/15 | J | | |
| 40. Pimco Real Return Fund C | D | Dividend | | | Sold | 07/20/15 | J | A | |
| 41. Pimco 0-5 Year High Yld | D | Dividend | | | Buy | 01/01/15 | J | | |
| 42. Pimco 0-5 Year High Yld | D | Dividend | | | Sold | 07/20/15 | J | A | |
| 43. Morgan Stanley Var 35 DU | D | Dividend | J | T | Buy | 09/23/15 | J | | |
| 44. Brookfield Total Return | E | Dividend | K | T | Buy | 07/20/15 | J | | |
| 45. | | | | | | | | | |
| 46. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 47. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 48. Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 49. Motorola | A | Dividend | J | T | | | | | |
| 50. Lucent | A | Dividend | J | T | | | | | |
| 51. The Southern Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. The Southern Company | A | Dividend | J | T | | | | | |
| 53. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 54. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 55. New Hampshire HIGHE | A | Interest | J | T | | | | | |
| 56. ISTAR FINL Inc | A | Dividend | J | T | | | | | |
| 57. Westwood Holdings Group | A | Dividend | J | T | | | | | |
| 58. Xerox | A | Dividend | J | T | | | | | |
| 59. SG Structured PRO VAR | A | Dividend | K | T | | | | | |
| 60. General Motors | A | Dividend | J | T | | | | | |
| 61. Schwab Money Market | E | Interest | J | T | | | | | |
| 62. TCP Capital Corp | A | Dividend | K | T | | | | | |
| 63. TCP Capital Corp | A | Dividend | K | T | | | | | |
| 64. Bank of America VAR | B | Dividend | K | T | | | | | |
| 65. Gainesville GA | B | Interest | K | T | | | | | |
| 66. HD Supply Inc | B | Interest | K | T | | | | | |
| 67. HD Supply Inc | A | Interest | K | T | | | | | |
| 68. Kansas INDPT COL | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley | C | Interest | K | T | | | | | |
| 70. Nataxis US VAR | B | Interest | K | T | | | | | |
| 71. Powershares ETF | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 72. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 73. Maingate MLP FD CL I | A | Interest | K | T | | | | | |
| 74. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 75. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 76. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 77. Oaktree Capital Group | A | Interest | J | T | | | | | |
| 78. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |
| 79. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 80. Northern Borders Partnews nbp | A | Distribution | K | T | | | | | |
| 81. Northern Borders Partners nbp | A | Distribution | J | T | | | | | |
| 82. Schwab Money Market Fund | A | Dividend | | | Buy | 12/16/15 | J | | |
| 83. Schwab Money Market Fund | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 84. Schwab Money Market Fund | G | Dividend | | | Buy | 01/02/15 | M | | |
| 85. Schwab Money Market Fund | G | Dividend | | | Sold | 04/01/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | General Electric Co | E | Dividend | K | T | Buy | 10/05/15 | J | | |
| 87. | Berkshire Hathaway B New | E | Dividend | K | T | Buy | 04/17/15 | K | | |
| 88. | Weatherford Int 5.125% | E | Dividend | K | T | Buy | 04/15/15 | K | | |
| 89. | Goldman Sachs BDC Inc | E | Dividend | K | T | Buy | 03/18/15 | K | | |
| 90. | Credit Suissee AG | E | Dividend | K | T | Buy | 02/17/15 | K | | |
| 91. | PR Ind Tourst E | D | Dividend | J | T | Buy | 01/13/15 | J | | |
| 92. | Walgreens Boots Allianc | E | Dividend | | | Buy | 01/01/15 | K | | |
| 93. | Walgreens Boots Allianc | E | Dividend | | | Sold | 02/20/15 | K | C | |
| 94. | | | | | | | | | | |
| 95. | TRUST CHARLES SCHWAB | | | | | | | | | |
| 96. | Willis Group Holdings | A | Dividend | K | T | | | | | |
| 97. | T Rowe Price Spectrum | A | Dividend | J | T | | | | | |
| 98. | PR Commwlth Hwy & 5.25 | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 99. | Credit Suissee AG 10% | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 100. | Nuveen BAB Term Fund | A | Dividend | | | Buy | 01/01/15 | K | | |
| 101. | Nuveen BAB Term Fund | A | Dividend | | | Sold | 02/17/15 | K | A | |
| 102. | CHARLES SCHWAB IRA #3 ROLLOVER | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 104. General Electric | A | Dividend | K | T | | | | | |
| 105. Transocean Inc New | A | Dividend | J | T | | | | | |
| 106. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 107. Morgan Stanley VAR 35 DU | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 108. Credit Suisse High Yield | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 109. Credit Suisse High Yield | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 110. Credit Suisse High Yield | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 111. Pengrowth Energy Corp F | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 112. General Electric Company | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 113. General Electric Company | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 114. Nuveen Build America Bon | A | Dividend | | | Buy | 01/01/15 | J | | |
| 115. Nuveen Build America Bon | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 116. Pimco Invest Grade Corp | A | Dividend | | | Buy | 01/01/15 | J | | |
| 117. Pimco Invest Grade Corp | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 118. Pimco Commoditiesplys ST | A | Dividend | | | Buy | 01/01/15 | J | | |
| 119. Pimco Commoditiesplyus ST | A | Dividend | | | Sold | 03/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. CHARLES SCHWAB DHB | | | | | | | | | |
| 122. Charles Schwab & Co | B | Interest | J | T | Buy | 01/01/15 | J | | |
| 123. Charles Schwab & Co | D | Dividend | J | T | Buy | 01/01/15 | J | | |
| 124. | | | | | | | | | |
| 125. AMERITRADE | A | Interest | J | T | | | | | |
| 126. AMERITRADE | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. BANK OF DUDLEY/DUBLIN GA | A | Interest | J | T | Buy | 01/01/15 | J | | |
| 129. | | | | | | | | | |
| 130. METLIFE/COMPUTERSHARE | A | Dividend | J | T | Buy | 01/01/15 | J | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 11/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ DUDLEY H. BOWEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544